**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-01786

**Mireya Ramirez,**
*Plaintiff,*
v.
**U.S. Department of Homeland Security, et al.,**
*Defendants.*

## ORDER

On September 22, 2026, the parties filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismissing all claims without prejudice. ECF No. 6. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows parties to voluntarily dismiss an action without a court order by filing a notice of dismissal signed by all parties who have appeared. The parties' "voluntary stipulation of dismissal under Rule 41(a)(1)(A)(ii) is effective immediately, [and] any action by the district court after the filing of such a stipulation can have no force or effect[.]" *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010) (per curiam).

The clerk's office is directed to close this case.

*So ordered by the Court on September 23, 2026.*

ANDREW DAVIS
United States District Judge